THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEO BIRDSALL, ) <br> and ) <br> QI PING BIRDSALL, ) <br> ) <br> Defendants. ) <br> _____) | NO. CR06-284JCC <br><br> ORDER CONTINUING <br> TRIAL DATE |

This Court, upon consideration of a Stipulation to Continue the Trial Date filed by the United States of America and Defendants Leo Birdsall and Qi Ping Birdsall, and having considered the entirety of the file and records herein, and the reasons set forth in the Stipulation, the Court GRANTS the stipulation to continue the trial date to ensure continuity of effective assistance of counsel and to allow the parties additional time to engage in plea discussions and prepare for trial if such discussions do not result in a resolution of this case.  Further, for these reasons, the Court finds that the ends of justice served by a continuance outweigh the best interest of the public and the defendants in a speedy trial, and that the failure to grant such a continuance would likely result in a miscarriage of justice within the meaning of 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i).

//

//

ORDER CONTINUING TRIAL DATE/
United States v. Birdsalls, CR06-284JCC - 1

| | |
|---|---|
| 1 | The trial in this matter is continued from January 22, 2007 to February 5, 2007, |
| 2 | and the time between the date of this Order and through February 5, 2007, is excluded |
| 3 | pursuant to the provisions of Title 18, United States Code, Sections 3161(h)(1)(I), |
| 4 | 3161(h)(8)(A), and 3161(h)(8)(B)(i) as to Defendants Leo Birdsall and Qi Ping Birdsall. |
| 5 | Dated this 17th day of January, 2007. |

/s/ John C. Coughenour

John C. Coughenour
United States District Judge

Presented by:

s/ Ye-Ting Woo

YE-TING WOO
Assistant United States Attorney
State Bar Number 21208
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: 206-553-2268
Fax: 206-553-4440
E-mail: Ye-Ting.Woo@usdoj.gov

ORDER CONTINUING TRIAL DATE/
United States v. Birdsalls, CR06-284JCC - 2

U.S. ATTORNEYS OFFICE
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970